UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE YOUNT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., a foreign profit corporation doing business as ULTA BEAUTY; and DOES 1-20,<br><br>　　　　　　　　　　Defendant. | No. 2:23-CV-01782-RSM<br><br>STIPULATION FOR ORDER OF DISMISSAL |

### **STIPULATION**

Plaintiff Nicole Yount, by and through her attorney, Timothy W. Emery, Patrick B. Reddy and Paul Cipriani of Emery Reddy, PLLC, and Defendant Ulta Salon, Cosmetics & Fragrance, Inc., by and through their attorneys Adam T. Pankratz and Mathew A. Parker of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby stipulate to entry of an Order dismissing all claims without prejudice and without an award of costs or attorney fees to either party.

///

///

///

DATED this 7th day of December, 2023.

| EMERY | REDDY, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |

By */s/ Timothy W. Emery*
By */s/ Patrick B. Reddy*
By */s/ Paul Cipriani*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Facsimile: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

***Attorneys for Plaintiff***

By */s/ Adam T. Pankratz*
Adam T. Pankratz, WSBA #50951
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: (206) 693-7057
Facsimile: (206) 693-7058
Email: adam.pankratz@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By */s/ Mathew A. Parker*
Mathew A. Parker
The KeyBank Building
88 East Broad Street, Suite 2025
Columbus, OH 43215
Phone: (614) 494-0420
Facsimile: (614) 633-1455
Email: mathew.parker@ogletree.com

***Attorneys for Defendant***

### ORDER

Based on the above stipulation of the parties, the Court hereby ORDERS that the suit is hereby DISMISSED WITHOUT PREJUDICE, and is dismissed without costs or attorney fees to either party.

DATED this 8th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

EMERY | REDDY, PLLC

By /s/ Timothy W. Emery
By /s/ Patrick B. Reddy
By /s/ Paul Cipriani
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Facsimile: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

**Attorneys for Plaintiff**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By /s/ Adam T. Pankratz
Adam T. Pankratz, WSBA #50951
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: (206) 693-7057
Facsimile: (206) 693-7058
Email: adam.pankratz@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By /s/ Mathew A. Parker
Mathew A. Parker
The KeyBank Building
88 East Broad Street, Suite 2025
Columbus, OH 43215
Phone: (614) 494-0420
Facsimile: (614) 633-1455
 Email: mathew.parker@ogletree.com

**Attorneys for Defendant**